Sampson T. Rowe, appellant, v. Louis R. Phillips et al., appellees. Gen. No. 6,666.

Action to recover for fraud in the sale of corporate stock. Order striking declaration from files. Appeal from the Circuit Court of

Marshall county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1919. Reversed and remanded. Opinion filed July 18, 1919. Niehaus, P. J., took no part.

F. W. Potter and Barnes, Magoon & Black, for appellant. Frank J. Quinn, Henry E. Jacobs and Daily, Miller, McCormick & Radley, for appellees Louis R. Phillips and L. Edgar Jerome.

Mr. Justice Dibell delivered the opinion of the court.